HEWITT WOLENSKY LLP
4041 MacArthur Blvd., Suite 300
Newport Beach, California 92660
(949) 783-5050

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIATTA RICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC. d/b/a JARDEN CONSUMER SOLUTIONS, a Delaware Corporation and DOES 1 - 100<br><br>Defendants. | CASE NO.: CV12-07923-CAS (AJWx)<br>**CLASS ACTION**<br>**[DISCOVERY MATTER]**<br>**ORDER**<br>**[Fed. R. Civ. P. 26(c)]**<br><br>JUDGE: Hon. Christina A. Snyder<br>MAGISTRATE: Andrew J. Wistrich<br><br>FILING DATE: August 8, 2012<br>TRIAL DATE: None |

Having read and considered the Parties [Proposed] Stipulated Protective Order and Confidentiality Agreement, the Court finds that good cause exists for the entry of this Stipulated Order in the above-captioned matter.

SO ORDERED, this _6th_ day of June, 2013.

/s/ Andrew J. Wistrich
_____
Andrew J. Wistrich
United States Magistrate Judge

45109      - 1 -      [PROPOSED] STIPULATED PROTECTIVE ORDER

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4041 MacArthur Boulevard, Suite 300, Newport Beach, CA 92660.

On June __, 2013, I served, in the manner indicated below, the foregoing document described as **[PROPOSED] ORDER** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Newport Beach, addressed as follows:

See Attached Service List

☐ REGULAR MAIL: placing true copies thereof, enclosed in sealed envelope and I caused such envelopes to be deposited in the United States mail at Newport Beach, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (F.R.C.P. 5(b)(2)(C)).

☐ PERSONAL SERVICE: by placing true copies thereof enclosed in a sealed envelope and I provided such envelope to OC CORP instructing them to leave it at the addressee's office, identified above, with a clerk or other person in charge, or if no one is in charge, in a conspicuous place in the office of the addressee. (F.R.C.P. 5(b)(2)(b)(i)).

☐ FEDERAL EXPRESS: by placing true copies thereof, enclosed in sealed envelope and I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees (F.R.C.P. 5(b)(2)(F)).

☒ ELECTRONIC SERVICE: I caused such document to be delivered by electronic service as it has been authorized and agreed upon to service electronically in this action to the parties, to the email addresses listed above. (F.R.C.P. 5(b)(2)(E)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June__, 2013, at Newport Beach, California.

Kathie Craig

45109 - 1 - PROOF OF SERVICE

SERVICE LIST

| Christopher P. Ridout, Esq.<br>Devon M. Lyon, Esq.<br>Dayna C. Carter, Esq.<br>RIDOUT, LYON & OTTOSON, LLP<br>555 E. Ocean Blvd., Suite 500<br>Long Beach, CA 90802 | Attorneys For Plaintiff<br><br>Telephone: (562) 216-7380<br>Facsimile:  (562) 216-7385<br><br>E-Mail: d.carter@rlollp.com |
|---|---|